IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMES LILES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:19cv249 |
| | § | |
| WEILAND-KESSLER, LLC | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendant's Motion for Partial Summary Judgment has been presented for consideration. The Report and Recommendation (Dkt. No. 82), filed on November 22, 2019, recommends that Defendant's Motion for Partial Summary Judgment (Dkt. No. 42) be granted. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is **ORDERED** that Defendant's Motion for Partial Summary Judgment (Dkt. No. 42) is **GRANTED**. Any claims asserted by Plaintiff for: (1) gross negligence; (2) negligent entrustment, negligent hiring/retention, and negligent supervision; and (3) negligence *per se* are **DISMISSED with prejudice**.

**So ORDERED and SIGNED this 12th day of December, 2019.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE